Honorable Elizabeth E, Brown
Bankruptcy Judge
United States Bankruptcy Court
District of Colorado
721 19th Street
Denver CO 80202
July 8, 2015

Case No. 14-10756 EEB, Katherine Ayn Emmons-Norman, Debtor

Dear Judge Brown:

This is a formal complaint against the proceedings of this case, in particular "The Motion To Sell The Estate's Interest In Real Property," and my concerns the way this entire matter has been handled by the Trustee, Ms. Joli Lofstedt and her counsel, Mr. Brian Fletcher.

I am the half-sister of the debtor and half owner of the Oregon property asset that is to be sold, and the proceeds be used to pay off the creditors.

The Trustee accepted an offer on the property well below market value and did not recommend a higher counter offer, which is normal in real estate sales. The current market assessed value on the property is $275,850.00. An offer of $120,000.00 was accepted by the trustee without my knowledge. Being half owner of said property, I am entitled to be informed of all of the proceedings in this matter. This was the first offer made on the property. .

I have been out of town working for the past several weeks and was unaware until recently that all of this had transpired. Upon my return, I found an illegible copy of the court proceedings in the mail from Mr. Fletcher's office, informing me of what has transpired. I understand on July 2, 2015, a Motion to was granted to sell the property at this low amount. .

I have had over one hundred offers to sell the property at $152,000.00. I have advised the Trustee of this, and was informed she was not interested.

I understand that my efforts now are in vain due to the insistence of counsel to dispose of the assets "in a timely manner" to pay off the creditors. I do believe, however, some communication from counsel would have been more appropriate.

I have filed a formal complaint with the Colorado Supreme Court Office of Attorney Regulation Counsel against Ms. Lofstedt and Mr. Fletcher, concerning their handling of this entire case, and expect an answer shortly of the results of their investigation.

I am asking Your Honor to please review this case and delay any further motions and requests by Ms.Lofstedt and Mr. Fletcher. My wish is to not accept this low offer on the property and to allow further negotiations to take place.

Thank you in advance for your time and consideration in this matter.

Sincerely yours,

*Charlotte Kroepil*

Charlotte Kroepil
1827 Lansing Avenue
Jackson, MI 49202
Home: 517-796-2364
Cell: 760-900-2415
Email: alphapromoproducts@yahoo.com